IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE BLAIR,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-42
LT Case No. 2021-CF-0141

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Clay County,
Don H. Lester, Judge.

Ryan Edward McFarland, of Kent &
McFarland, Jacksonville, for Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.